SEALED



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Magistrate Case No. **19MJ0501** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATIONS OF: |
| v. | Title 18, U.S.C. § 2252(a)(2) – Receipt of Images of Minors Engaged in Sexually Explicit Conduct |
| JEAN DIDIER REQUENA, Defendant. | |
| | Title 18 U.S.C. § 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

### Count 1

On or about a date unknown no later than May 10, 2018, within the Southern District of California, defendant JEAN DIDIER REQUENA, did knowingly receive visual depictions, that is, digital and computer images, using any means and facility of interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

### Count 2

On or about May 10, 2018, within the Southern District of California, defendant JEAN DIDIER REQUENA, did knowingly possess one and more matters, that is, a Cooler Master desktop computer and computer hard drives and computer media, containing visual depictions, that is, digital and computer images, that had been mailed, and that had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, the production of which

involved the use of a prepubescent minor or a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Abbi R. Henry
Special Agent, Homeland Security Investigations

Sworn to me and subscribed in my presence this __5__ day of February, 2019

The Honorable Jill L. Burkhardt
UNITED STATES MAGISTRATE JUDGE

2

## STATEMENT OF FACTS

I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), assigned to the HSI San Diego Office since December 2010. I am currently assigned to the HSI San Diego, Child Exploitation Group and am a member of the Internet Crimes Against Children Task Force in San Diego, California. This Statement of Facts is based on my own participation in this investigation and information I have received from HSI agents and other law enforcement officers.

On or about April 11, 2018, an HSI Special Agent was conducting undercover investigations into the sharing of child pornography files on a law-enforcement version of a publicly available peer-to-peer ("P2P") file sharing network, and identified a computer with internet-protocol address 76.93.185.93 (the "Subject IP Address") that appeared to have files of child pornography available for sharing on the network. The HSI Special Agent connected to the Subject IP Address and attempted to download files; between about 12:44:58 and 12:48:33 (local time), the HSI Special Agent successfully downloaded ten complete video files from the Subject IP Address.[1]

I viewed all of the downloaded files from the Subject IP Address and determined that nine of the noted video files depicted images of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256.[2] The following is a description of three of the video files I viewed:

| Video File Name | Video File Description |
|---|---|
| (pthc) NEW 2016 Pedo Childlover 8 yo Daddy_s Little Girl JM 12 | The video depicts a nude adult male who is kneeling behind a nude prepubescent female on a dark colored couch in what appears to be a living room. The prepubescent female is on her hands and knees facing |

---

[1] In general, an internet-protocol address is a discrete numerical code assigned to a device that uses the internet to communicate.

[2] One of the ten files downloaded on April 11 depicted child erotica, rather than child pornography.

3

| | |
|---|---|
| | the wall in front of her while the male is aggressively inserting his penis into her. |
| video_2017-01-16-_18-49-13 | The video depicts an adult male's penis being inserted into a female toddler's vagina. The female toddler is nude from the waist down and appears to be lying on a white blanket. |
| Pthc New Blowjob 2017 Who Is She!! Great (More Please) | The video depicts a prepubescent female performing oral copulation on what appears to be an adult male |

Also on April 11, 2018, investigators conducted an open-source query of the Subject IP Address and determined that Charter Communications was the internet-service provider. On April 12, 2018, investigators submitted a Summons to Charter Communications, to determine the subscriber information for the Subject IP Address during the time that the noted downloads occurred. That same day, Charter Communications identified JEAN DIDIER REQUENA as the subscriber for the Subject IP Address, with a residential address in San Diego, California, in the Southern District of California. Using law-enforcement and open-source databases, and by conducting surveillance, investigators confirmed that REQUENA resided at the address provided by Charter Communications (the "Residence").

On May 10, 2018, HSI agents executed a federal search warrant at the Residence. Agents executed the warrant at about 7:20 a.m. and found REQUENA alone at the Residence. After receiving and waiving his *Miranda* rights, REQUENA provided information about his date of birth, phone number, email address, and place of occupation that corroborated information gathered previously from Charter Communications and other investigators. He also said that he had owned the Residence for about fourteen years and had internet access through "TWC," which I know is a provider now known as Charter Communications. REQUENA told investigators that he is familiar with P2P software but said that he did not have any P2P programs on his computers. He also told investigators that they would not find pornography on his computers. When confronted with titles of

image files downloaded from the Subject IP Address, he suggested that another person could have hacked into his internet-service account with their own device. Later, however, investigators confronted REQUENA with a binder of CDs and DVDs, some of which were labeled "Children," "Animals," and "Anime." In response, REQUENA said, "Guess I'm under arrest now. You got me."

The search of the Residence resulted in the seizure of one desktop computer, three laptops, one tablet, eleven hard drives, two cell phones, one thumb drive, 237 CDs/DVDs, eighteen VHS tapes, twelve DVD Rams, sixteen 8mm video cassettes, one DVD Ram player, and one SyQuest DVD player. In forensic analysis of the items seized from the Residence, computer forensic agents found that twelve devices and 75 CDs contained child pornography. (Some of these devices and CDs also contained image files depicting bondage and/or bestiality.) In total, investigators discovered approximately 403,646 suspected image and video files of child pornography from all seized devices and CDs/DVDs.

Investigators have provided me samples of suspect image and video files from each device found to contain suspected child pornography. I have reviewed the samples and determined that the files depict child pornography. The following is a description of three complete video files I viewed from the seized devices:

| Video File Name | Video File Description |
|---|---|
| 70ACFB02A0DF9F986E2EA76DE4BA006B.avi | The video depicts a nude female toddler who appears to be sitting on a tan couch. The words "FUCK ME" are written on the nude female toddler's chest/stomach in purple marker with an arrow pointing to her vagina. An adult male's penis is being inserted into the female toddler's vagina. |
| EA640BF11EF9F9819C9A5B740D90745C43AA86DD.avi | The video depicts a nude prepubescent female lying down on what appears to be a bed with her wrists bound to her ankles with gray duct tape. There are two other nude prepubescent females on the bed |

5

| | |
|---|---|
| | along with a nude adult male. The nude adult male is inserting his penis into the vagina of the prepubescent female that is bound while an additional female is taking pictures with a camera. At approximately 6 minutes into the video, the nude adult male inserts a small penis shaped object into the prepubescent female's vagina. The other prepubescent females assist the nude adult male with keeping the object inside the prepubescent female's vagina while he inserts an additional small oblong object into her anus. |
| 94BEB4C3535B449CB7A7BF75D5D8A970F38196C5B4.mpg | The video appears to be webcam footage of a prepubescent male who is wearing only underwear and sitting at a table. There is a chair next to the boy with a small white dog. The boy gets up from the chair on two separate occasions and has the dog lick his penis. |

Each of the three files described above was found in allocated memory space on the seized devices, that is, in memory space that had been designated on the hard drive, so that the user of the device could use it.[3] In particular, I note that the last file was found on two different hard drives; on one hard drive, it was saved in the folder named "Backup\BackupG\[P2P Program]\Temp," and on the other hard drive, it was saved in the folder named "Program Files\[P2P Program]\Temp." From my training and experience, I know that these folders are consistent with folders that save images downloaded from the internet. Both folders refer to the P2P program, which I know indicates that they were obtained through file-sharing activity. Additionally, both are "Temp" folders, which I know is a folder in which files viewed on the internet are temporarily stored.

Among the items seized was a Cooler Master PC Tower desktop computer that contained two hard drives, and that was found in the living room of the Residence (the

---

[3] In contrast, "unallocated space" is memory on a hard drive that has not been designated, for instance by a drive letter (*e.g.*, C:\), and cannot be used.

6

"Cooler Master Computer"). In forensic review of the Cooler Master Computer, investigators found the P2P file sharing executable program that was used to obtain child pornography from the Subject IP Address on April 11. The P2P program was installed, and investigators found search terms such as "pthc" and "babyj" – terms I know from my training and experience are known terms in searching for child pornography on the internet.[4]

The Cooler Master Computer contained several hard drives, including an ADATA Premier Pro SP 900 Hard Drive (the "ADATA Hard Drive") and a Samsung HD103SJ Hard Drive (the "Samsung Hard Drive"). In forensic review of the ADATA Hard Drive, investigators found folders containing image files of child pornography that, from my training and experience, I know are consistent with internet downloads. For example, investigators found image files in a folder ending with the extension "Microsoft\Windows\Explorer\thumbscache_256.db," and a folder named "Program Files\[P2P Program]\Incoming." And, in forensic review of the Samsung Hard Drive, investigators found image files of child pornography in a folder also named "Program Files\[P2P Program]\Incoming." I know from my training and experience that a "thumbs_cache_256.db" folder is a folder that temporarily saves images downloaded from the internet. Similarly, I know that the "[P2P Program]\Incoming" is a folder that saves images obtained through the P2P program.

Based on my training and experience, I know that the internet is a means and facility of interstate and foreign commerce, and that use of file-sharing programs to distribute and receive files requires use of the internet. Further, I am aware that Cooler Master manufactures its products in China, that ADATA manufactures its hard drives in Taiwan, and that Samsung manufactures its hard drives in China. Therefore, the Cooler Master

---

[4] Specifically, I know that "pthc" is an acronym for the phrase, "pre-teen hard core," a phrase that refers to images of adolescents engaged in explicit sex acts. Further, I know that "babyj" is a known series of child pornography images.

7

Computer, ADATA Hard Drive, and Samsung Hard Drive must have been transported and shipped in interstate commerce to be found within the State of California.

Based on my training and experience, I know that P2P file sharing programs require the use of the Internet, which is a means and facility of interstate commerce.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee or cause harm to himself or others.

_____
Abbi R. Henry
Special Agent, Homeland Security Investigations